FILED

AUG 14 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

GLEN THOMPSON,

Defendants.

Case No. 4:26-mj-71043-MAG-1

Charging District: Central District of California

Charging District's Case No.: 2:26-mj-04669-Duty

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: United States District Court Central District of California | Courtroom No.: To be determined |
| | Date and Time: To be determined |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 14, 2026

Hon. Ajay Krishnan
United States Magistrate Judge